| | |
|---|---|
| Name | Daniel P. Wierzba |
| Bar # | 028297 |
| Firm | Seyfarth Shaw LLP |
| Address | 2029 Century Park East |
| | Suite 3500 |
| | Los Angeles, CA 90067-3021 |
| Telephone | (310) 277-7200 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CHESTER LEE MARKS,

    Plaintiff,

vs.

AARP FOUNDATION, INC., et al.,

    Defendant.

**Case No.** CV-14-1329-PHX-DLR

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of AARP Foundation, Inc. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___28th___ day of ___July_____, __2014___.

/s/ Daniel P. Wierzba
_____
Counsel of Record

Certificate of Service:

Chester Lee Marks, 2602 W. Glenrosa Avenue, Apt. 45, Phoenix, AZ 85017

- 2 -